# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV06-0408-DOC(RNBx)                                    Date   March 11, 2008

Title   UNITED STATES OF AMERICA -V- LEE, GODDARD & DUFFY LLP, ET. AL.,

Present: The           David O. Carter, U.S. District Judge
Honorable

| Kristee Hopkins | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Stuart Gibson, DOJ                                John Gordon

Proceedings:    MOTION BY RESPONDENTS FOR STAY PENDING APPEAL OF DISTRICT
                COURT'S ORDER DATED NOVEMBER 20, 2007


Tentative ruling issued to counsel, a copy of which is attached hereto.

The matter is called.  Counsel state their appearances.  Argument by counsel.

Motion taken under submission.


                                                              :        38

                                      Initials of Preparer    kh