ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN (Bar No.157446)
Assistant United States Attorney
Chief, Tax Division

STUART D. GIBSON
Senior Litigation Counsel, Tax Division
United States Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, DC  20044-0403
Telephone: (202) 307-6586
Facsimile:  (202) 307-2504

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LEE, GODDARD, & DUFFY, LLP, and WILLIAM A. GODDARD,<br><br>　　　　　Respondents. | Civil No. SACV 06-408 DOC (RNBx)<br><br>**STIPULATION FOR ENTRY OF ORDER REOPENING CASE**<br><br>PROPOSED ORDER LODGED CONCURRENTLY HEREWITH<br><br>[NO HEARING REQUIRED UNLESS ORDERED BY THE COURT] |

　　　The parties to this case, by their undersigned counsel, hereby stipulate under L.R. 7-1 that the Court may enter the attached Order reopening this case for the purpose of adjudicating the respondents' privilege claims first raised in a privilege log sent to the Internal Revenue Service on April 29, 2008.  As good cause for reopening the case, the parties present:

　　　1.　　The United States filed this action on April 18, 2006, seeking an order directing the respondents to comply in full with Internal Revenue Service summonses served on them.  The respondents objected to the relief sought, and asked the Court not to enforce the summonses.

　　　2.　　On November 20, 2007, the Court entered an Order enforcing the summonses and directing the respondents to comply with the summonses in full by producing documents that the respondents had objected to producing.  After this Court and the Ninth Circuit Court of Appeals

denied the respondents' motion for a stay of that order pending appeal, the respondents claimed that they produced all responsive documents demanded by the summonses, except those documents that they were withholding under claims of privilege.

      3.     On January 17, 2008, the respondents filed a Notice of Appeal from this Court's Order of November 20, 2007.

      4.     By letter dated April 29, 2008, the respondents provided to the Internal Revenue Service a 28-page privilege log, listing documents that the respondents had withheld on claims of privilege. The Court has never adjudicated the privilege claims asserted in that log, or whether the respondents waived the claimed privileges by not asserting them earlier.

      5.     On April 15, 2011, the Ninth Circuit Court of Appeals issued a Memorandum affirming this Court's Order of November 20, 2007, and denying the appellee's motion to dismiss the appeal for lack of jurisdiction. The Ninth Circuit Court of Appeals issued the Mandate on June 7, 2011.

      6.     The parties seek to reopen this case so that they can litigate the privilege claims that the respondents raised for the first time in the privilege log produced at the end of April 2008, after they filed the Notice of Appeal. The parties plan to present this dispute to the Court through a motion to compel that the United States expects to file in the near future, and which will be scheduled for a hearing under L.R. 7 and the Court's Scheduling Order.

     ACCORDINGLY, the parties ask the Court to enter the attached Order reopening the case for the purpose of adjudicating the respondents' privilege claims.

Dated: June 16, 2011

| | |
|---|---|
| /s/ Stuart D. Gibson | /s/ Bradley A. Patterson |
| STUART D. GIBSON | BRADLEY A. PATTERSON |
| Department of Justice, Tax Division | Lawyers Group International LLP |
| P.O. Box 403 | 11801 Von Karman Avenue, Suite 330 |
| Washington, DC 20044 | Irvine, CA 92612 |
| (202) 307-6586 | (949) 253-0500 |
| | |
| Counsel for Petitioner | Counsel for Respondents |