ANDRÉ BIROTTE, JR.
United States Attorney
SANDRA R. BROWN (Bar No.157446)
Assistant United States Attorney
Chief, Tax Division

STUART D. GIBSON
Senior Litigation Counsel, Tax Division
United States Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, DC 20044-0403
Telephone: (202) 307-6586
Facsimile: (202) 307-2504

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>LEE, GODDARD, & DUFFY, LLP, and WILLIAM A. GODDARD,<br><br>Respondents. | Civil No. SACV 06-408 DOC (RNBx)<br><br>**STIPULATION FOR ENTRY OF ORDER DISMISSING ORDER TO SHOW CAUSE AND SETTING SCHEDULE FOR ADJUDICATING REMAINING PRIVILEGE CLAIMS**<br><br>PROPOSED ORDER LODGED CONCURRENTLY HEREWITH<br><br>[NO HEARING REQUIRED UNLESS ORDERED BY THE COURT] |

    The parties to this case, by their undersigned counsel, hereby stipulate under L.R. 7-1 that the Court may enter the attached Order dismissing the Order to Show Cause entered December 8, 2011, and setting a schedule for adjudicating the remaining privilege claims in this case. As good cause for entering this Order, the parties present:

    1.    On December 8, 2011, the Court entered an Order to Show Cause, directing the United States to file by December 14, 2011, a response showing cause why this case should not be dismissed for failure to prosecute.

    2.    On December 9, 2011, the United States filed a response explaining why the privilege claims had not yet been submitted for adjudication. The respondents did not oppose the

1. response, but instead agreed to produce promptly a fully-revised privilege log, and all documents for which privilege claims had been withdrawn. The respondents also agreed to a schedule which would enable the Court to hear a motion to compel not later than March 12, 2012 – this schedule was driven primarily by previous commitments and travel by counsel for both sides.

3. On December 16, 2011, the Clerk directed counsel for the United States to file by December 22, 2011 a Stipulation and proposed Order, dismissing the Order to Show Cause and adopting the schedule proposed in the United States' response to the Order to Show Cause.

ACCORDINGLY, the parties ask the Court to enter the attached Order dismissing the Order to Show Cause and directing the parties to present any remaining dispute in time to be heard by March 12, 2012.

Dated: December 20, 2011

/s/ Stuart D. Gibson
STUART D. GIBSON
Department of Justice, Tax Division
P.O. Box 403
Washington, DC 20044
(202) 307-6586

Counsel for Petitioner

/s/ Bradley A. Patterson
BRADLEY A. PATTERSON
Lawyers Group International LLP
11801 Von Karman Avenue, Suite 330
Irvine, CA 92612
(949) 253-0500

Counsel for Respondents